FILED

04/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0247



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0247

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

     v.

HARRY RICHARDS,

     Defendant and Appellant.

_____

ORDER

FILED

APR 3 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Harry Richards has filed a verified Petition for an Out-of-Time Appeal, indicating that he improperly filed a Notice of Appeal with the Lincoln County District Court. Richards explains that his initial attempt at filing was timely but that he only served the District Court, and that his copy to this Court did not include or verify service to the Attorney General, pursuant to M. R. App. P. 10(2). Richards includes a copy of the plea agreement and not the final judgment.[1]

We secured a copy of the judgment. On January 10, 2024, the Lincoln County District Court issued its Order for Deferred Imposition of Sentence, imposing a three-year deferred sentence for felony criminal endangerment, after accepting Richards's nolo contendere plea.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

---

[1] We note that the plea agreement's caption has Richards's full name, while the final judgment does not have his middle name. We amend the caption to comport with M. R. App. P. 2(4).

Richards has a recent conviction and sentence. This Court concludes that Richards is entitled to an appeal. It appears that he may be entitled to representation of counsel in this appeal. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Richards's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Harry William Richards. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. When Richards qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Harry Richards personally.

DATED this 30 day of April, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2